AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffith, Thomas B. | US Court of Appeals for the D.C. Circuit | 09/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Friends of the CEELI Institute |
| 2. | Director, President | The Temple and Observatory Group |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 09/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Stanford Law School - Adjunct Professor salary | $26,000.00 |
| 2. | 2015 | Deseret Mutual Benefit Association - Retirement Account | $18,867.60 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 1/3/2015 - 1/23/2015 | Stanford, CA | Teach class -- "The Article III Judge" | Airfare, taxi |
| 2. | Federalist Society | 2/2/2015 - 2/5/2015 | New York NY & New Haven, CT | Speak to FedSoc Chapters of Columbia Law School and Yale Law School | Train fare, hotel, taxi, meals |
| 3. | Federalist Society | 2/21/2015 - 2/22/2015 | Chicago, IL | Moderate panel at the FedSoc National Student Symposium | Airfare, hotel, taxi, meals |
| 4. | Federalist Society | 3/5/2015 - 3/6/2015 | Cambridge, MA | Speak to the FedSoc Chapter of Harvard Law School | Airfare, hotel, taxi, meals, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 09/07/2016 |

| 5. | Southern Virginia University | 3/26/2015 - 3/27/2015 | Buena Vista, VA | Speak at a Friday Forum | Mileage |
|---|---|---|---|---|---|
| 6. | University of Virginia Law School | 4/17/2015 - 4/18/2015 | Charlottesville, VA | Judge Final Round of the Lile Moot Court Competition | Hotel, mileage, meals |
| 7. | Circuit Judicial Conference | 6/23/2015 - 6/26/2015 | Philadelphia, PA | Attend the 2015 D.C. Circuit Judicial Conference | Train fare, hotel, taxi, meals |
| 8. | J. Reuben Clark Law School | 10/28/2015 - 11/3/2015 | Provo, UT | Speak at BYU Career Lecture, judge final round of Rex E. Lee Moot Court Competition | Airfare, hotel, car rental, food, parking, mileage |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 09/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | C & D Construction | Unsecured Construction Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 3. DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 4. Edward Jones | | | | | | | | | |
| 5. Money Market X | A | Interest | K | T | | | | | |
| 6. IRA (H) | | | | | | | | | |
| 7. --Lord Abbett Fund Cl A X | A | Dividend | J | T | | | | | |
| 8. --Washington Mutual Invs FD Cl A X | A | Dividend | J | T | | | | | |
| 9. MUTUAL FUNDS (H) | | | | | | | | | |
| 10. --Allianzgi NFJ Dividend X | A | Dividend | K | T | | | | | |
| 11. --American Century Div Bond X | A | Dividend | K | T | | | | | |
| 12. --Blackrock Equity Dividend X | A | Dividend | K | T | | | | | |
| 13. --Bridge Builder Core Bond X | B | Dividend | L | T | | | | | |
| 14. --Bridge Builder Core Plus Bond X | A | Dividend | K | T | | | | | |
| 15. --Bridge Builder INTL Equity X | A | Dividend | J | T | | | | | |
| 16. --Bridge Builder Large Growth X | A | Dividend | K | T | | | | | |
| 17. Bridge Builder Large Value X | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 10

**Name of Person Reporting**

Griffith, Thomas B.

**Date of Report**

09/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Bridge Builder Smallmid Growth X | A | Dividend | J | T | | | | | |
| 19. --Capital World Bond X | A | Dividend | K | T | | | | | |
| 20. --Capital World Grw & Income F1 X | A | Dividend | K | T | | | | | |
| 21. --Dodge & Cox INTL Stock X | A | Dividend | K | T | | | | | |
| 22. --Dreyfus International Stk Cl Y X | A | Dividend | K | T | | | | | |
| 23. --Janus Flexible Bond X | A | Dividend | K | T | | | | | |
| 24. --JPMorgan Federal Money Market Fund X Institutional Cl | A | Dividend | J | T | | | | | |
| 25. --JPMorgan Mid Cap Value Instl X | D | Dividend | K | T | | | | | |
| 26. --JPMorgan Short Duration Bond X | A | Dividend | K | T | | | | | |
| 27. --Neuberger Berman Genesis X | A | Dividend | J | T | | | | | |
| 28. --Neuberger Berman High Income X | B | Dividend | K | T | | | | | |
| 29. --Prudential Total Return Bond X | A | Dividend | K | T | | | | | |
| 30. --T Rowe Price Equity Income X | A | Dividend | J | T | | | | | |
| 31. --T Rowe Price Instl Lrge Cp Gr X | A | Dividend | K | T | | | | | |
| 32. MUNICIPAL BONDS (H) | | | | | | | | | |
| 33. --Virginia Res Auth Clean Wtr St Revolving Fd Rev Ser B X | A | Dividend | J | T | | | | | |
| 34. --Loudoun Cnty Virginia Public Improvement Gen Oblig Ser A X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Norfolk Virginia General Oblication Cap Impt & Rfdg A X | A | Dividend | J | T | | | | | |
| 36. --Suffolk Virginia Refunding General Oblication X | A | Dividend | J | T | | | | | |
| 37. --Isle Wight County Virginia Refunding Series A Gen Oblig X | A | Dividend | J | T | | | | | |
| 38. --Suffolk Virginia General Obligation & Refunding X | A | Dividend | J | T | | | | | |
| 39. --Hampton Virginia Public Improvement General Obligation X | A | Dividend | J | T | | | | | |
| 40. --Virginia State Series A-2 General Oblication X | A | Dividend | K | T | | | | | |
| 41. --Virginia Res Auth St Moral Oblig Rev VA Pooled Fing Pg X | A | Dividend | J | T | | | | | |
| 42. --Virginia St Hsg Dev Auth Rev Comwlth Mtg Ser A Subser A-2 X | A | Dividend | K | T | | | | | |
| 43. --Fairfax Cnty Virginia Econ Dev Auth Fac Rev Cmnty Svcs Facs A X | A | Dividend | J | T | | | | | |
| 44. )--Virginia State Housing Dev Authority Rental Hsg Ser B X | A | Dividend | J | T | | | | | |
| 45. STOCKS (H) | | | | | | | | | |
| 46. --Chevron Corp X | A | Dividend | J | T | | | | | |
| 47. --Marriott International New A X | A | Dividend | J | T | | | | | |
| 48. --Realty Income Corp X | B | Dividend | J | T | | | | | |
| 49. EXCHANGE TRADED AND CLOSED END FUNDS (H) | | | | | | | | | |
| 50. --Sector Spdr Trust Utilities X | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY II VARIABLE (X) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B.** | 09/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- Investments and Trusts

All items listed on lines 5-50 are assets that Judge Griffith inherited at the death of his mother. ▮▮▮▮▮▮▮▮▮▮▮▮▮ All of these assets are held at Edward Jones.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544